Charles D. Oren, Esq. #103038
Law Offices of Jeffrey Milam
P.O. Box 26360
Fresno, California 93729
(559) 264-2800

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

Dennis McNear                          )
                                       )   1:06-CV-1638 OWW SMS
         Plaintiff,                    )
                                       )   STIPULATION AND ORDER TO DISMISS
vs.                                    )
                                       )
Commissioner of Social                 )
Security,                              )
                                       )
         Defendant.                    )
_____)

IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil Action filed on November 12, 2006, on behalf of Plaintiff be dismissed. After thorough review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to continue. Plaintiff's counsel has conferred with Plaintiff and both are in agreement to dismissal.

Dated: July 27, 2007                   /s/ Charles D. Oren

                                       CHARLES D. OREN, ESQ.
                                       Attorney for Plaintiff

Dated:
                                       MCGREGOR SCOTT
                                       United States Attorney

                                       By: /s/ _____
                                       (as authorized via facsimile)
                                       PETER THOMPSON
                                       Assistant Regional Counsel

1
2    IT IS SO ORDERED.
3    **Dated:   July 31, 2007**                             **/s/ Oliver W. Wanger**
                                                       UNITED STATES DISTRICT JUDGE
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28